1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOE CORRAL, | ) | No. CV 12-5474-VAP(CW) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| MICHAEL J. ASTRUE, Comm'r of Social Security Admin. | ) | |
| Defendant. | ) | |

**IT IS HEREBY ADJUDGED** that this action is dismissed.

DATED: Feb. 5 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge